Aileen FALCONE, Appellant,

v.

DIVISION OF EMPLOYMENT
SECURITY, Respondent.

WD 77469

Missouri Court of Appeals,
Western District.

ORDER FILED: November 12, 2014

Edward Ford, III, Kansas City, MO,
Counsel for Appellant

Sara Harrison, Jefferson City, MO,
Counsel for Respondent

Before Division One: Thomas H.
Newton, P.J., Lisa White Hardwick, and
Anthony Rex Gabbert, JJ.

### ORDER

Per Curiam:

Ms. Aileen Falcone appeals the decision
of the Labor and Industrial Relations
Commission denying a request for unemployment benefits.

For reasons stated in the memorandum
provided to the parties, we affirm. Rule
84.16(b).

■

Brenton TOLSON, Appellant,

v.

DIVISION OF EMPLOYMENT
SECURITY, Respondent.

WD 77380

Missouri Court of Appeals,
Western District.

ORDER FILED: November 12, 2014

Brenton L. Tolson, Kansas City, MO,
Appellant, pro se.

Ninion S. Riley, Jefferson City, MO, Attorney for Respondent.

Before Division II: Joseph M. Ellis,
Presiding Judge, and Victor C. Howard
and Mark D. Pfeiffer, Judges

### Order

Per Curiam:

Brenton L. Tolson appeals from a decision of the Labor and Industrial Relations
Commission, affirming and adopting the
decision of the Appeals Tribunal of the
Division of Employment Security that Tolson was disqualified from receiving unemployment benefits. Because a published
opinion would have no precedential value,
a memorandum of law has been provided
to the parties. The decision of the Labor
and Industrial Relations Commission is affirmed. Rule 84.16(b).